**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KOUCHI YAZID, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-2000-J |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner has filed a motion to enforce this Court's October 13, 2026 Order requiring Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a). [Doc. No. 13]. Respondents shall respond no later than November 16, 2026.

IT IS SO ORDERED this 2nd day of November, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE