**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KOUCHI YAZID, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-2000-J |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Before the Court is Petitioner's motion to enforce this Court's October 13, 2026 Order and Judgment. [Doc. No. 13]. Respondents have responded [Doc. No. 15] and the matter is at issue. Upon review, the Court DENIES the Motion.

On October 13, 2026, the Court adopted the Report and Recommendation, granted Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 to the extent it alleged a violation of the Immigration and Nationality Act, and ordered Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within ten days of the date of the Order or otherwise release him. [Doc. No. 10]. On October 27, 2026, Respondents filed a Notice of Compliance explaining that they attempted to schedule a timely bond hearing for October 23, 2026, but it was canceled because "Petitioner withdrew his request." [Doc. No. 12]. Respondents further notified the Court, for the first time in this action, that Respondents attempted to schedule a bond hearing in September 2026, but it was similarly "cancelled due to Petitioner's refusal to appear." *Id.* In their latest filing, Respondents notify the Court that a third bond hearing was scheduled for November 6, 2026, but bond was denied for lack of jurisdiction because Petitioner's removal order is now final. [Doc. No. 15].

Upon review, the Court concludes that Petitioner has not established a basis for enforcement. The Court ordered Respondents to provide Petitioner with a bond hearing, and the record demonstrates that Respondents have complied. Accordingly, Petitioner's motion to enforce [Doc. No. 13] is DENIED.

IT IS SO ORDERED this 24th day of November, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE